# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS GORCZYNSKI, *Individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-10661-RMB-AMD<br><br>**NOTICE OF CONSENTED MOTION FOR ADMISSION *PRO HAC VICE* OF RAINA C. BORRELLI, ESQ.** |

PLEASE TAKE NOTICE that on August 6, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, Saltz, Mongeluzzi & Bendesky, PC, attorneys for Plaintiffs, shall move before this Court pursuant to Local Civil Rule 101.(c) for an order permitting Raina C. Borrelli, Esq. to appear and participate *pro hac vice* in the above matter.

PLEASE TAKE FURTHER NOTICE that counsel shall rely on the Certification of Simon Bahne Paris, Esq., and Raina C. Borrelli, Esq. in support of this motion.

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiff and counsel for Defendants have consented to Attorney Raina C. Borrelli's admission *pro hac vice* in this matter.

PLEASE TAKE FURTHER NOTICE that a proposed order is submitted herewith.

Dated: July 13, 2020

/s/ Simon B. Paris
Simon B. Paris
Patrick Howard (PA ID #88572)
SALTZ, MONGELUZZI,
& BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com
*Attorneys for Plaintiff and Proposed Class*