IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS GORCZYNSKI, *Individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-10661-RMB-AMD <br><br> **ORDER ADMITTING RAINA C. BORRELLI, ESQ.** *PRO HAC VICE* |

This matter having come before the Court on the motion of Saltz, Mongeluzzi, Barrett & Bendesky, PC ("Saltz, Mongeluzzi"), attorneys for Plaintiffs for the *pro hac vice* admission of Raina C. Borrelli, Esq., pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the motion, which reflect that Raina C. Borrelli satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no objection to this motion; and for good cause shown,

IT IS ON THIS _____ day of _____, 2020, hereby

ORDERED that the motion for the *pro hac vice* admission of Raina C. Borrelli is **granted;**

IT IS FURTHER ORDERED that Raina C. Borrelli shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court;

IT IS FURTHER ORDERED that Raina C. Borrelli is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against him that may arise from his participation in this matter;

1

IT IS FURTHER ORDERED that Saltz, Mongeluzzi shall: (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Raina C. Borrelli; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and Raina C. Borrelli in this matter;

IT IS FURTHER ORDERED that Raina C. Borrelli shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which he represents the client in this matter;

IT IS FURTHER ORDERED that Raina C. Borrelli shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of Raina C. Borrelli or their inability to be in attendance at proceedings.

                                                            Magistrate Judge Karen M. Williams