## CERTIFICATE OF SERVICE

I certify that on July 13, 2020, I caused a true and correct copy of Notice of Consented Motion for Admission *Pro Hac Vice* of Raina C. Borrelli, Esq., to be filed with the Court's ECF system and caused all counsel of record to be served via electronic mail.

*s/ Simon Bahne Paris*
Simon Bahne Paris