# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS GORCZYNSKI, *Individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-10661-RMB-AMD<br><br>**AMENDED CERTIFICATION OF DANIEL E. GUSTAFSON, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

**DANIEL E. GUSTAFSON**, of full age, certifies as follows:

1. I am a founding member of the law firm Gustafson Gluek PLLC, located at Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402. I respectfully submit this Certification in support of my application for admission *pro hac vice* to this Court pursuant to Local Civil Rule 101.1 on behalf of Plaintiff Thomas Gorczynski, individually, and on behalf of all others similarly situated (the "Plaintiffs") in the above matter.

2. As required under Local Civil Rule 101.1(c), I am a member in good standing of the bar of the State of Minnesota and was admitted to practice in that jurisdiction on October 27, 1989. (A copy of my Certificate of Good Standing, dated January 16, 2020, from the State of Minnesota is attached as Exhibit A).

3. I am also a member in good standing with the following additional courts:

- the United States District Court for the District of Minnesota:
  Admission date:        12/19/1990
  Contact information:   Diana E. Murphy United States Courthouse,
                         300 South Fourth Street - Suite 202,
                         Minneapolis, MN 55415
                         Telephone: 612-664-5000
                         E-mail: ecfhelpdesk@mnd.uscourts.gov

1

- the United States District Court for the District of North Dakota,
  Admission Date:     4/25/2012
  Contact Information:  William L. Guy Federal Bldg.
                        U.S. Courthouse
                        220 East Rosser Ave. #476
                        Bismarck ND  58501-3869
                        Telephone: (701) 530-2300

- the United States District Court for the Eastern Division of Michigan,
  Admission Date:     10/2/2012
  Contact Information:  Theodore Levin U.S. Courthouse
                        231 W. Lafayette Blvd.
                        Detroit, MI 48226
                        Telephone: (313) 234-5005

- the United States District Court for the Western District of Michigan,
  Admission Date:     08/18/2006
  Contact Information:  Thomas L. Dorwin Clerk of Court
                        399 Federal Building
                        110 Michigan NW
                        Grand Rapids, Michigan 49503
                        Phone: (616) 456-2381

- the United States District Court for the Eastern District of Wisconsin:
  Admission Date:     6/8/1999
  Contact Information:  United States Federal Building and Courthouse
                        517 E. Wisconsin Ave. Rm. 362
                        Milwaukee, WI 53202
                        Telephone: (414) 297-3372
                        E-mail: wied_clerks_milw@wied.uscourts.gov

- the United States Courts for Appeals for the First Circuit (Bar No. 1036571),
  Admission Date:     6/13/2014
  Contact Information:  Office of the Clerk
                        U.S. Court of Appeals
                        U.S. Courthouse
                        1 Courthouse Way, Suite 2500
                        Boston, MA 02210
                        Telephone: 617-748-9057

- the United States Courts for Appeals for the Second Circuit,
  Admission Date:     6/24/2019
  Contact Information:  U.S. Court of Appeals for the Second Circuit
                         Attorney Admissions
                         Thurgood Marshall United States Courthouse

2

          40 Foley Square
          New York, NY 10007
          Telephone: 212-857-8603

- the United States Courts for Appeals for the Third Circuit,
  Admission Date: 3/25/2009
  Contact Information: U.S. Court of Appeals
      Third Circuit
      21400 U.S. Courthouse
      601 Market Street
      Philadelphia, PA 19106
      Telephone: (215) 597- 2995
      E-mail: attyadmissions@ca3.uscourts.gov

- the United States Courts for Appeals for the Sixth Circuit,
  Admission Date: 6/5/2015
  Contact Information: U.S. Court of Appeals for the Sixth Circuit
      Office of the Clerk
      540 Potter Stewart U.S.Courthouse
      100 E. Fifth Street
      Cincinnati, Ohio 45202-3988
      Telephone: (513) 564-7000

- the United States Courts for Appeals for the Eighth Circuit
  Admission Date: 8/15/1995
  Contact Information: Federal Court Building
      316 North Robert Street
      Room 500
      St. Paul, MN. 55101
      Telephone: (651) 848-1300

- the United States Court for Appeals for the Eleventh Circuits,
  Admission Date: 1/9/2001
  Contact Information: US Courts of Appeals
      Eleventh Circuit
      56 Forsyth Street, N.W.
      Atlanta, Georgia 30303
      Telephone: (404) 335-6122

- the United States Supreme Court;
  Admission Date: 5/30/1995
  Contact Information: Clerk, Supreme Court of the U. S.
      ATTN: Admissions Office
      One First Street, NE
      Washington, DC 20543
      Telephone: 202-479-3000

4. I am not under suspension or disbarment by any court.

5. My firm and I have been requested by Plaintiffs to represent them in connection with this litigation because I have substantial experience in civil litigation, including consumer law and class action litigation. I believe that my expertise makes me particularly qualified to represent Plaintiffs and a class of similarly situated individuals.

6. I am associated in this matter with the New Jersey law firm of Saltz, Mongeluzzi & Bendesky, PC and Simon Bahne Paris, Esq. of that firm, who is admitted to practice law in the State of New Jersey and this Court.

7. I designate the following member of the Bar of this Court with whom the Court and opposing counsel may communicate regarding this case: Simon Bahne Paris, Saltz, Mongeluzzi & Bendesky, PC, One Liberty Place, 1650 Market Street, 52nd Floor, Philadelphia, PA 19103. I shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this State.

8. No delay in discovery, motions, trial, or any other proceeding shall occur or be requested by reason of my inability to be in attendance.

9. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, or other proceedings.

10. If admitted *pro hac vice*, I will adhere to the disciplinary jurisdiction of this Court. I also consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as agent upon whom service of process may be made for all actions against me or my law firm that may arise out of my participation in this matter.

11. I will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the applicable annual fee and shall pay the $150.00 fee required by Local Civil Rule 101.1(c)(3) upon my admission *pro hac vice*.

12. I shall notify this court immediately of any matter affecting my standing at the bar of any other court.

13. Should the Court grant this application to appear *proc hac vice*, I will abide by all the requirements outlined in Local Civil Rule 101.1(c).

14. I therefore respectfully request that the Court grant my application for *pro hac vice* admission in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 22, 2020

Daniel Gustafson
**Gustafson Gluek PLLC**
120 South Sixth Street, Suite 2600
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com