**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS GORCZYNSKI, *Individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-10661-RMB-AMD |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE***
**ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is herby made by local counsel for *pro hac vice* counsel to receive electronic

notification in the within matter, and it is represented that:

1.      An order of the Court granting motion to appear *pro hac vice* in the within matter

has been entered; and

2.      The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has

been paid to the Clerk of the Court.


Dated: October 8, 2020

*/s/ Simon B. Paris*
Simon B. Paris
**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com

*Attorneys for Plaintiff and Proposed Class*

PRO HAC VICE ATTORNEY INFORMATION:
Daniel E. Gustafson, Esq.
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 333-8844
Fax:  (612) 339-6622
Email:  dgustafson@gustafsongluek.com