[Docket Nos. 105, 109, 111, 113, 115, 117, 136, 138]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| THOMAS GORCZYNSKI, individually and on behalf of others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>ELECTROLUX HOME PRODUCTS, INC., et al.,<br><br>           Defendants. | Civil No. 18-10661 (RMB/KMW)<br><br>**ORDER** |

    This matter comes before the Court on the parties' Daubert Motions [Docket Nos. 109, 111, 113, 115, 117, 136, 138] and Plaintiff's Motion to Certify [Docket No. 105]. In the interest of expeditiously resolving those pending Motions,

    **IT IS** on this **20th** day of **November** 2020, hereby:

    **ORDERED** that a virtual hearing will occur on **Thursday, December 3, 2020,** at **10:00 a.m.** The parties shall come prepared with dates on which Dr. Bak and Dr. Kytomaa are available for Daubert hearings. The parties shall further come prepared to discuss the definition of the "Handle Defect," issues of predominance and commonality, and any other issues that may arise. A Zoom link will be sent to Counsels' email addresses as they appear on the docket. It is further

**ORDERED** that, pending the upcoming hearing, Plaintiff's Motion to Certify [Docket No. 105] is **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that, pending the Daubert hearings involving Dr. Bak and Dr. Kytomaa, the Daubert Motions relating to those experts [Docket Nos. 109, 138] are **ADMINISTRATIVELY TERMINATED**; and it is finally

**ORDERED** that, given the fact that resolution of the Daubert Motions relating to Dr. Bak and Dr. Kytomaa may affect the resolution of the remaining Daubert Motions, which themselves may require additional Daubert hearings, those remaining Daubert Motions [Docket Nos. 111, 113, 115, 117, 136] are also **ADMINISTRATIVELY TERMINATED**.

_____
RENÉE MARIE BUMB
United States District Judge