IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THOMAS GORCZYNSKI, <br><br> Plaintiff, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., et al., <br><br> Defendants. | Civil No. 18-10661-RMB-KMW |

**ORDER**

It is this **3rd** day of **December, 2020** ordered that:

The Court will host a settlement conference on **January 8, 2021 at 10:00 a.m.** by **Zoom**. Confidential Memoranda are due to the Court no later than **January 6, 2021**. Each party should submit a confidential memorandum to the Court via email (njdnef_Williams@njd.uscourts.gov), not to exceed three (3) pages, summarizing the relevant facts, the respective legal positions, status of the case and the client's position on settlement. Trial Counsel and clients with full settlement authority must attend the Zoom conference. If Trial Counsel and client with full settlement authority do not appear, or are unavailable when needed, the settlement conference may be cancelled or re-scheduled and the non-compliant party and/or attorney may be sanctioned, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

s/ Karen M. Williams<br>
KAREN M. WILLIAMS<br>
United States Magistrate Judge

cc: Hon. Renée M. Bumb