**K&L GATES**

November 3, 2021

Loly Garcia Tor
Partner
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   *Gorczynski v. Electrolux Home Products, Inc., et al.*
       Civil Action No. 1:18-CV-10661-RMB-KMW

Dear Judge Wettre:

We represent defendant Electrolux Home Products, Inc., in the above-referenced action. On behalf of the parties, I write to advise that the parties have agreed to mediate with Hunter Hughes, Esq. (https://hunteradr.com/).

Please do not hesitate to contact us if Your Honor has any questions.

Respectfully submitted,

/s/ Loly Garcia Tor

Loly Garcia Tor

SO ORDERED.
*Leda Wettre, USMJ*
11/4/2021