**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

THOMAS GORCZYNSKI

          Plaintiff,

v.
          Case No.:
          1:18−cv−10661−RMB−MJS
          Chief Judge Renée Marie Bumb

ELECTROLUX HOME PRODUCTS,
INC., et al.

          Defendant.

**ORDER OF DISMISSAL**

  This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

  **IT IS** on this 4th day of October, 2023,

  **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

  **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


      /s/ Renée Marie Bumb
      _____
      RENÉE MARIE BUMB Chief United States District Judge